UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

RECEIVED
Western District of Washin[gton]
at Seattle

OCT 04 2013

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COUR[T]

In re

Anthony & Renee Morris

Debtor(s).

Case Number: 09-10050

Petition for Payment
Of Unclaimed Funds

1. I am petitioning to receive the total amount of $1,380.03, which amount was paid into the Court on 09/19/2013 by the case trustee as unclaimed funds on behalf of the following creditor/debtor:

  Bennie Thompson
  3313 Katewood Ct.
  Baltimore, MD
  Last four digits of SS# or Tax 8774

2. I believe I am entitled to receive the requested funds based upon the following [check the statement(s) that apply]:

  __ a. I am the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents, including a current driver's license and social security card (if an individual).

  X b. I am the attorney-in-fact for the creditor/debtor named in paragraph 1, with authority to receive such funds and am authorized by the attached notarized, original Power of Attorney to file this application on the behalf of creditor/debtor.

  __ c. I am the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the assignee's or successor-in-interest's representative, as evidenced by the attached documents establishing chain of ownership and/or assignment.

  __ d. I am a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1, as demonstrated by the attached documentation, including, if applicable, the corporate seal.

  __ e. I am the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents which substantiate my right to act on behalf of the decedent's estate.

  __ f. Subparagraphs (a) through (e) above do not apply. As evidenced by the attached documents, I am entitled to such monies because:
  _____
  _____
  _____

3. I have no knowledge that any other party may be entitled to these funds and I am not aware of any dispute regarding these funds.

4. Pursuant to 28 U.S.C. § 2042, on October 2, 2013, I mailed a copy of this completed application (with all supporting documentation) to: U.S. Attorney, 700 Stewart Street, Ste 5200, Seattle, WA 98101-1271.

5. The creditor did not receive the dividend check in the above case for the following reason: The original dividend check was sent to a Bennie Thompson at 7901 Starburst Drive, Pikesville, MD 21208. That address is no longer valid. The change in mailing address may have prevented delivery of the original dividend check.



WAW 118.FI (1/12/2010)

Application for Payment of Unclaimed Funds

I understand that, pursuant to 18 U.S.C. § 152, I may be fined not more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or the accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

**I declare (or certify, or verify, or state) under the penalty of perjury under the laws of the United States of America, that the foregoing statements and information are true and correct.**

Dated 10/2/2013

Petitioner's Signature

Petitioner's Name: Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Address: 35308 SE Center St
Snoqualmie, WA 98065
Telephone number: 425-836-5728

NOTARY:

On this day, 10/2/2013, I certify that I know or have satisfactory evidence that Brian J. Dilks is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

Notary Public
My commission expires August 9, 2015
Residing at King County, WA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

RE: Anthony & Renee Morris

Debtor(s)

Case: 09-10050

**AUTHORITY TO ACT**
**Limited Power of Attorney**
**LIMITED TO ONE TRANSACTION**

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Bennie Thompson** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$1,380.03** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____
Bennie Thompson
Tax ID: XXX-XX-8774

Date: Sep 24, 2013

### ACKNOWLEDGMENT

STATE OF Maryland         COUNTY OF Baltimore

On this 24 day of September 2013, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Bennie Thompson known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.
NOTARY PUBLIC: Rosalind J Salmond
Residing at 3763 Old Court Road
My Commission expires _____

ROSALIND J SALMOND
NOTARY PUBLIC
BALTIMORE COUNTY
MARYLAND
MY COMMISSION EXPIRES   AUG. 8, 2017